**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| NORMAN L. CONDIFF, Sr., | ) | NO. CV 10-2278 JAK (FMO) |
|                Petitioner, | ) | |
| | ) | |
|      v. | ) | **JUDGMENT** |
| | ) | |
| SCOTT MCEWEN, Warden, | ) | |
| | ) | |
|                Respondent. | ) | |

      IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:  <u>November 14, 2012.</u>

                                      JOHN A. KRONSTADT
                          UNITED STATES DISTRICT JUDGE